# Court of Appeals
# of the State of Georgia

ATLANTA, February 24, 2021

*The Court of Appeals hereby passes the following order*

**A21D0203. BRIAN GRANGER v. GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SUCV2020000477



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, February 24, 2021.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*